644

Court of Claims denied. *Messrs. W. F. Semple, R. M. Rainey,* and *Streeter B. Flynn* for petitioner. *Solicitor General Reed, Assistant Attorney General Blair,* and *Messrs. George T. Stormont* and *Charles H. Small* for the United States.

No. 447. CHOCTAW AND CHICKASAW NATIONS *v.* UNITED STATES. November 25, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. W. F. Semple, R. M. Rainey,* and *Streeter B. Flynn* for petitioners. *Solicitor General Reed, Assistant Attorney General Blair,* and *Messrs. George T. Stormont* and *Charles H. Small* for the United States.

No. 515. KOUTEI SUGAYA *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Messrs. W. Marvin Smith* and *Bart W. Butler* for respondent.

No. 516. PENNSYLVANIA INDEMNITY Co. *v.* MAC-LAUGHLIN, ADMINISTRATRIX. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Edward H. Horton* for respondent.

No. 526. BLUMEN ET AL. *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION. November 25, 1935. Petition for writ